## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELA VELEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CLEANCHOICE ENERGY, INC., a Maryland company,<br><br>*Defendant*. | Case No. 6:20-cv-06391-CJS<br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

Plaintiff, Daniela Velez and Defendant, CleanChoice Energy, Inc., hereby give written notice to the Court, pursuant to Local Rule 41 (a), that the parties have reached a settlement in principle in this case that will resolve all of the issues raised in this dispute. The parties respectfully request that the Court hold in abeyance all deadlines set forth in the scheduling order dated November 17, 2020 (Dkt. No. 21) while the parties work to finalize the settlement.

Respectfully submitted,

*/s/ Whitney M. Smith*
Lauri A. Mazzuchetti (*pro hac vice*)
Whitney M. Smith
KELLEY DRYE & WARREN LLP
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com

*/s/ Todd S. Garber*
Todd S. Garber
Greg Blankinship
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
One North Broadway, Suite 900
White Plains, NY 10601
Tel: 914-298-3283
tgarber@fbfglaw.com
gblankinship@fbfglaw.com

Tina Wolfson
Bradley K. King
AHDOOT & WOLFSON, PC
125 Maiden Lane, Suite 5C
New York, New York 10038
Tel: (917) 336-0171
twolfson@ahdootwolfson.com
bking@ahdootwolfson.com


Robert Ahdoot
Christopher Stiner
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
rahdoot@ahdootwolfson.com
cstiner@ahdootwolfson.com


Avi R. Kaufman
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Tel: (305) 469-5881
kaufman@kaufmanpa.com

*Counsel for Plaintiff Daniela Velez
and all others similarly situated*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Whitney M. Smith*