UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Case No. 6:20-cv-06391-CJS

| | |
|---|---|
| DANIELA VELEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CLEANCHOICE ENERGY, INC., a Maryland company,<br><br>*Defendant*. | **CLASS ACTION** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Daniela Velez and Defendant Cleanchoice Energy, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

Respectfully submitted,

Dated: January 15, 2021     By:     s/ Todd S. Garber
                                    Todd S. Garber
                                    Greg Blankinship
                                    FINKELSTEIN, BLANKINSHIP,
                                    FREI-PEARSON & GARBER, LLP
                                    One North Broadway, Suite 900
                                    White Plains, NY 10601
                                    T: 914-298-3283
                                    tgarber@fbfglaw.com
                                    gblankinship@fbfglaw.com

                                    Avi R. Kaufman
                                    KAUFMAN P.A.
                                    400 NW 26th Street
                                    Miami, Florida 33127
                                    Telephone: (305) 469-5881

Email: kaufman@kaufmanpa.com

Robert Ahdoot
Christopher Stiner
Ahdoot & Wolfson, PC
10728 Lindbrook Drive
Los Angeles, CA 90024
T: 310-474-9111
rahdoot@ahdootwolfson.com
cstiner@ahdootwolfson.com

*Attorneys for Plaintiff and the putative Class*

By:   /s/ Whitney M. Smith
Lauri A. Mazzuchetti (*pro hac vice*)
Whitney M. Smith
KELLEY DRYE & WARREN LLP
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com

*Attorneys for Defendant CleanChoice Energy, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                              s/ Todd Garber