UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Case No. 6:20-cv-06391-CJS

| | |
|---|---|
| DANIELA VELEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CLEANCHOICE ENERGY, INC., a Maryland company,<br><br>*Defendant.* | **CLASS ACTION** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Daniela Velez and Defendant Cleanchoice Energy, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

Respectfully submitted,

Dated: January 15, 2021         By:     s/ Todd S. Garber
                                        Todd S. Garber
                                        Greg Blankinship
                                        FINKELSTEIN, BLANKINSHIP,
                                        FREI-PEARSON & GARBER, LLP
                                        One North Broadway, Suite 900
                                        White Plains, NY 10601
                                        T: 914-298-3283
                                        tgarber@fbfglaw.com
                                        gblankinship@fbfglaw.com

                                        Avi R. Kaufman
                                        KAUFMAN P.A.
                                        400 NW 26th Street
                                        Miami, Florida 33127
                                        Telephone: (305) 469-5881

        Email: kaufman@kaufmanpa.com

        Robert Ahdoot
        Christopher Stiner
        Ahdoot & Wolfson, PC
        10728 Lindbrook Drive
        Los Angeles, CA 90024
        T: 310-474-9111
        rahdoot@ahdootwolfson.com
        cstiner@ahdootwolfson.com

        *Attorneys for Plaintiff and the putative Class*

By:   /s/ Whitney M. Smith
        Lauri A. Mazzuchetti (*pro hac vice*)
        Whitney M. Smith
        KELLEY DRYE & WARREN LLP
        One Jefferson Road
        2nd Floor
        Parsippany, NJ 07054
        Tel: (973) 503-5900
        Fax: (973) 503-5950
        lmazzuchetti@kelleydrye.com
        wsmith@kelleydrye.com

        *Attorneys for Defendant CleanChoice Energy, Inc.*

SO ORDERED.

**Dated**:   January 19, 2021
             Rochester, New York

**Signed**:

CHARLES J. SIRAGUSA
United States District Judge